UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-05228-SK Date: September 22, 2026

Title Jitender Jitender v. Warden, Adelanto Ice Proc. Ctr, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): None present | Attorneys Present for Defendant(s)/Respondent(s): None present |

**Proceedings:** (IN CHAMBERS) **ORDER GRANTING PETITION**

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED. *See*, *e.g.*, *Cheng v. Warden of Adelanto ICE Proc. Ctr*, --- F. Supp. 3d. ---, 2026 WL 2629685, at *3 (C.D. Cal. Sept. 7, 2026); *Zheng v. Johnson*, No. 5:26-CV-3769-SK, 2026 WL 2621247, at *1 (C.D. Cal. Sept. 3, 2026). Petitioner JITENDER JITENDER (A# 245-273-383) is ordered released forthwith under the same terms and conditions of his September 2023 conditional parole. Judgment in petitioner's favor will be entered accordingly.

IT IS SO ORDERED.