**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JITENDER JITENDER,
Petitioner,
v.
WARDEN of Adelanto ICE Processing Center, et al.,
Respondents.

Case No. 5:26-cv-5228-SK

**JUDGMENT**

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted in Petitioner's favor. **JITENDER JITENDER (A# 245-273-383)** is released forthwith under the same terms and conditions of his September 2023 conditional parole.

DATED: September 22, 2026

STEVE KIM
United States Magistrate Judge